UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NUMBER 1:24-CV-132-LLK

MICHAEL CLEARY                                                              PLAINTIFF

v.

LELAND DUDEK,
Acting Commissioner of Social Security                                      DEFENDANT

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's Decision, and REMANDS this matter to the Social Security Administration for further proceedings consistent with this Court's accompanying Order of Remand and as authorized by Sentence Four of 42 U.S.C. § 405(g).

May 5, 2025

*Lanny King*, Magistrate Judge
United States District Court